FILED

JUL 31 2008

DAVID CREWS, CLERK
By:_____ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:08CR 89 |
| ) | |
| WILLIAM ROGERS ) | 18 U.S.C. § 242 |
| JEFFREY ROGERS ) | 18 U.S.C. § 1519 |
| _____ ) | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

INTRODUCTION

At all times relevant to this indictment, unless otherwise stated:

1. The Tippah County Detention Center (TCDC) was in Ripley, Mississippi, and housed arrestees and detainees for the City of Ripley and the County of Tippah;

2. Defendant WILLIAM ROGERS was employed as a full-time deputy sheriff for Tippah County, Mississippi;

3. Defendant JEFFREY ROGERS, defendant WILLIAM ROGERS'S son, was employed as a part-time deputy sheriff for Tippah County, Mississippi;

4. On June 9, 2007, defendant WILLIAM ROGERS arrested J.H. for traffic violations and took him to the TCDC as a result of that arrest.

COUNT ONE

On or about June 9, 2007, in Ripley, Tippah County, Mississippi, in the Northern District of Mississippi, defendants **WILLIAM ROGERS** and **JEFFREY ROGERS,** while acting under

color of law, and while aiding and abetting each other, assaulted J.H. by tasering him repeatedly without justification, causing bodily injury to him, and thereby willfully deprived him of a right secured and protected by the Constitution and laws of the United States, specifically, the right not to be deprived of liberty without due process of law, which includes the right to be free from excessive force by a sheriff's deputy.

All in violation of Title 18, United States Code, sections 2 and 242.

## COUNT TWO

On or about June 9, 2007, in Tippah County, in the Northern District of Mississippi, Defendant WILLIAM ROGERS did knowingly falsify and make false entries in official reports, namely an offense report and a taser use report, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, and in relation to and contemplation of any such matter, namely, the federal investigation into William Rogers and Jeffrey Rogers' assault on J.H., as alleged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 1519.

## COUNT THREE

On or about June 16, 2007, in Tippah County, in the Northern District of Mississippi, Defendant JEFFREY ROGERS did knowingly falsify and make false entries in official reports, namely an offense report and a taser use report, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, and in relation to and contemplation of any such matter, namely,

the federal investigation into William Rogers and Jeffrey Rogers' assault on J.H., as alleged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 1519.

A TRUE BILL

_/s/ Signature Redacted_
FOREPERSON

_____
UNITED STATES ATTORNEY