UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 3:08CR 89 |
| ) | |
| WILLIAM ROGERS ) | 18 U.S.C. § 242 |
| JEFFREY ROGERS ) | 18 U.S.C. § 1519 |
| _____ ) | |

## PENALTIES

### COUNT ONE

NM than 10 years imprisonment - (18 U.S.C. § 242); fine of NM $250,000 - (18 U.S.C. § 3571(b)(3)); NM 3 years supervised release - (18 U.S.C. § 3583(b)(2)); and a $100 mandatory special assessment - (18 U.S.C. § 3013(a)(2)(A)).

### COUNTS TWO and THREE

NM than 20 years imprisonment - (18 U.S.C. § 1519); fine of NM $250,000 - (18 U.S.C. § 3571(b)(3)); NM 3 years supervised release - (18 U.S.C. § 3583(b)(2)); and a $100 mandatory special assessment - (18 U.S.C. § 3013(a)(2)(A)).