JS 45 (1/96)  Agent __Walter Henry__  Agency # ___FBI___

Criminal Case Cover Sheet for **Clerk of the Court**  U.S. District Court

**Place of Offense:**

City___Ripley___  **Related Case Information:**

County/Parish___Tippah___ Superseding Indictment____ Docket Number__3:08CR__
       Same Defendant_____ New Defendant__X__
       Magistrate Judge Case Number_____
       Search Warrant Case Number_____
       R 20/R 40 from District of _____

**Defendant Information:**

    Juvenile  Yes____No__X__If yes, Matter to be sealed____Yes____No

Defendant Name___William Rogers_____

Alias Name_____

Address _____

_____Walnut, MS_____

Birthdate____1953_____SS#_XXX-XX-7468____Sex__M__Race__W__Nationality_____

**U.S. Attorney Information:**

AUSA_____Kathleen Monaghan_____ Bar # _____
         Robert Coleman
**Interpreter:** [X] No  [ ] Yes  List Language and/or dialect:_____

**Location Status:**
Arrest date_____

[ ] Already in Federal Custody as of _____ in _____
[ ] Already in State Custody
[ ] On Pretrial Release

**U.S.C. Citations**
Total # of Counts: ___2___ [ ] Petty [ ] Misdemeanor [X] Felony

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|
| Set 1  18:242.F | Deprivation of Rights | 1 |
| Set 2  18:1519.F | Falsification of Records | 2 |

Date:_____ Signature of AUSA:___Kathleen Monaghan_____