JS 45 (1/96)                            Agent __Walter Henry__    Agency # ___FBI___

Criminal Case Cover Sheet for **Clerk of the Court**               U.S. District Court

**Place of Offense:**

City ___Ripley___      **Related Case Information:**

County/Parish ___Tippah___ Superseding Indictment____ Docket Number __3:08CR__
          Same Defendant_____ New Defendant __X__
          Magistrate Judge Case Number_____
          Search Warrant Case Number_____
          R 20/R 40 from District of _____

**Defendant Information:**

      Juvenile    Yes____ No _X_ If yes, Matter to be sealed____ Yes____ No

Defendant Name ___Jeffrey Rogers_____

Alias Name _____

Address _____

_____Walnut, MS_____

Birth date _1974___ SS# _XXX-XX-5905___ Sex _M_ Race _W_ Nationality_____

**U.S. Attorney Information:**

AUSA ____Kathleen Monaghan_____ Bar # _____
         Robert Coleman

Interpreter: [X] No    [ ] Yes    List Language and/or dialect:_____

**Location Status:**
Arrest date_____
[ ] Already in Federal Custody as of _____ in _____
[ ] Already in State Custody
[ ] On Pretrial Release

**U.S.C. Citations**
Total # of Counts: ___2___ [ ] Petty [ ] Misdemeanor [X] Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1   18:242.F | Deprivation of Rights | 1 |
| Set 2   18:1519.F | Falsification of Records | 3 |

Date:_____ Signature of AUSA: __Kathleen Monaghan_____