AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_Northern_ District of _Mississippi_

UNITED STATES OF AMERICA

V.

WILLIAM ROGERS

**WARRANT FOR ARREST**

Case Number: 3:08CR089

0842-0807-1758-J

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____WILLIAM ROGERS_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)

DEPRIVATION OF RIGHTS; FALSIFICATION OF RECORDS

in violation of Title ___18___ United States Code, Section(s) ___242, 1519___

| David Crews | by _S. Adams_ | Deputy Clerk |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer | |
| Clerk of Court | 8/4/2008 | Oxford, Mississippi |
| Title of Issuing Officer | Date | Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Oxford, MS

| DATE RECEIVED 8-8-2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8-11-2008 | Special Agent Walter Henry | SA W.H. |