IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FILED
JAN 20 2009
DAVID CREWS, CLERK
By_____ Deputy

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:08-CR-089

WILLIAM ROGERS
JEFFREY ROGERS

## WAIVER OF INDICTMENT

I, WILLIAM ROGERS, who is accused of violation of civil rights under color of law, in violation of Title 18, United States Code, Section 242, being advised of the nature of the charge, the proposed Criminal Information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by Criminal Information rather than by indictment.

_____
William Rogers
Defendant

_____
Anthony L. Farese
Counsel for Defendant

Date: 1-20-09

Before:

_____
The Honorable Michael P. Mills
United States District Court Judge