INCIDENT REPORT 06-09-2007
RIPLEY POLICE DEPARTMENT

OFFICER: KARL GAILLARD
REF: ARREST OF JIMMY DALE HUNSUCKER

ON THE ABOVE DATE I (KARL GAILLARD) RESPONDED TO A CALL, GIVEN BY DISPATCH, ABOUT A POSSIBLE 10-55 DRIVER HEADING NORTH ON HWY 15 IN A WHITE FORD PICKUP WITH NO TAIL GATE. AS I APPROACHED THE INTERSECTION OF HWY 15 AND HWY 4, I RECEIVED INFORMATION ON THE RADIO THAT A COUTY UNIT HAD SPOTTED THE SUSPECT VEHICLE AND WAS IN PURSUIT ON HWY 370 (DUMAS RD.) HEADED TOWARD HWY 4 (EAST WALNUT ST.). I HEADED EAST OUT HWY 4 TO INTERSEPT AT INTERSECTION OF 4 AND 370. WHILE IN ROUTE I WAS ADVISED BY DISPATCH THAT THE PURSUIT HAD PASSED THE HWY 4 INTERSECTION ON TO HAZEL RD. I TURNED ON HAZEL ROAD AND WENT A SHORT DISTANCE WHEN I SAW A COUNTY UNIT ON THE SIDE OF THE ROAD WITH A WHITE FORD PICKUP AND NO TAILGATE. AS I GOT OUT OF MY UNIT AND APPROCHED THE SCENE I SAW THAT OFFICER WILL ROGERS HAD ALREADY HANDCUFFED THE DRIVER AND HAD HIM AT THE FRONT OF HIS PATROL CAR. I DIRECTLY WENT TO THE PASSENGER SIDE THE PIUCKUP TO DETAIN THE PASSENGER. AS I APPROACHED THE DOOR OF THE VEHICLE, I SAW UNSPENT SHELLS LYING ON THE GROUND UNDER THE PASSENGER DOOR. THE PASSENGER HAD BOTH HAND UP AND VISABLE, I ASKED HIM WHERE THE WEAPON WAS AND HE SAID UNDER SEAT. I INSTRUCTED THE PASSENGER TO OPEN THE DOOR AND STEP OUT, THE PASSENGER COMPLIED, AND I HANDCUFFED HIM. AT THIS TIME OFFICER RAMON RANGEL HAD ARRIVED ON THE SCENE, I ESCORTED THE SUSPECT TO OFFICER RANGELS UNIT AND PLACED HIM IN THE BACK SEAT. OFFICER ROGERS HAD <u>ALREADY PLACED THE DRIVER IN THE BACK OF HIS UNIT. HE WAS YELLING AND SCREAMING AND DEMANDING TO BE RELEASED FROM CUSTUDY, AND BEGAN TO TRY AND KICK OUT THE DOOR GLASS OF THE PATROL CAR.</u> TRAFFIC BECAME A PROBLEM, AND AS I WAS DIRECTING TRAFFIC, I ADVISED OFFICER ROGERS AND RANGEL THAT I WOULD WAIT FOR A WRERCKER IF THEY WANTED TO GO AHEAD AND TRANSPORT TO JAIL. THEY THEN LEFT THE SCENE IN ROUTE TO THE JAIL. AFTER THE VEHICLE HAD BEEN REMOVED FROM THE SCENE, I HAD BRIEF CONVERSATION WITH OFFICER KEN WALKER WHO HAD JUST GONE DUTY. WE BOTH THEN WENT TO THE JAIL TO ASSIST. U<u>PON ARRIVAL AT JAIL I HEARD YELLING, SWEARING, AND SHOUTING COMING FROM INSIDE THE JAIL. AS I ENTERED THE JAIL I SAW THAT THE DISTURBANCE WAS BEING CAUSED BY THE DRIVER IDENTIFIED AS JIMMY DALE HUNSUCKER.</u>



282A-JN-32408 1A(5)

60

I WALKED PASSED MR. HUNSUCKER TO BOOKING DESK TO SEE IF I COULD HELP WITH ANY THING. MR. HUNSUCKER VERBALY ASSAULTING OFFICER ROGERS AND RANGEL, AND WOULD STAND FROM HIS CHAIR IN A THRETNING GESTURE, AND HE BEGAN CALLING OFFICER WALKER NAMES LIKE , COCAINE KEN, MOTHERFUKER , PIECE OF SHIT. HE THEN BEGAN MAKING THREATS TO OFFICER WALKER , RANGEL , AND ROGER ABOUT WHAT HE WAS GOING TO DO TO THEM WHEN THEY OFF DUTY. OFFICER ROGERS THEN REMOVED THE HANCUFFS TO ADMINISTER THE INTOXILIZER TEST, MR. HUNSUCKER AT FIRST REFUSED THE TEST AND THEN SAID HE WOULD TAKE THE TEST. WHILE OFFICER ROGERS WAS PREPARING THE INTOXILIZER FOR THE TEST, MR HUNSUCKER WAS PLACED IN CHAIR NEAR THE INTOXILIZER, MR HUNSUCKER WAS CONTINOUSLY , YELLING AND SCREAMING AND MAKING THREATS TO EVER OFFICER IN THE ROOM. AT ONE POINT MR HUNSUCKER STOOD FROM HIS CHAIR AND POKED HIS FINGER INTO OFFICER WALKERS BACK. OFFICER THEN PLACED MR. HUNSUCKER BACK IN HIS CHAIR AND ADVISED HIM NOT TO TOUCH ANYMORE OR HE WOULD BE CHARGED. MR. HUNSUCKER REPLIED WITH MORE THREATS AND NAME CALLING. MR. HUNSUCKER NEVER ADDRESSED ME DIRECTLY EXCEPT TO FIND OUT MY NAME. I DID NOT ADRESS MR. HUNSUCKER AT ALL. AS OFFICER ROGERS BEGAN TO ADMINISTER THE TEST , MR. HUNSUCKER BEGAN YELLING THAT HE WAS GOING TO SUE EVERYONE IN THE ROOM IF HE DIDN'T GET A PHONE CALL AND HE WAS RELEASED . OFFICER ROGERS HANDED HIM THE BLOW TUBE TO ADMINISTER THE TEST , JUST AS MR HUNSUCER WAS ABOUT TO BLOW INTO THE INTOXILIZER, HE THREW THE BLOW TUBE BACK TOWARD OFFICER ROGERS AND SAID FUCKYOU , AND ALL YOU PIECES OF SHIT AND REFUSED THE TEST. OFFICER ROGERS AND OFFICER JEFF ROGERS THEN ESCORTED MR. HUNSUCKER TO THE BACK OF THE JAIL TO THE STRIP SEARCH AREA . WHEN MR. HUNSUCKER SAW THAT HE WAS NOT GOING TO BE RELEASED AFTER ALL HIS THREATS OF VIOLENCE AND LAW SUITS , HE BEGAN RISISTING ,SCREAMING AND YELLING AGAIN AS HE HAD THROUGHOUT THE BOOKING PROCESS. AS MR. HUNSUCKER BECAME LOUDER AND MORE DEFIANT AS HE WAS BEING ESCORTED DOWN THE HALL, MYSELF, OFFICER WALKER AND RANGEL FILTERED DOWN THE HALLWAY TO SEE IF THEY NEEDED ASSISSTANCE. AS I REACHED THE DOORWAY BY THE CONTROL ROOM MYSELF, OFFICER WALKER AND RANGEL SAW THAT THAT THE COUTY OFFICERS HAD THE SITUATION UNDER CONTROL. AND THAT IT WAS PAST TIME FOR MYSELF AND OFFICER RANGEL TO BE OFF DUTY AND THAT OFFICER WALKER NEEDED TO BE PATROLING AND ANSWERING CALLS. WE LEFT THE JAIL AND I WENT OFF DUTY.

RIPLEY POLICE DEPT.<br>
PATROLMAN KARL GAILLARD

## ASSISTANCE CALL REPORT

ON JUNE 9, 2007 AT 18:05 WE (OFFICER RANGEL, OFFICER GAILLARD) RECEIVED A CALL OF A POSSIBLE 10-55 DRIVER, NORTHBOUND IN HWY 15 SOUTH OF RIPLEY. VEHICLE WAS DESCRIBED AS A WHITE FORD PICK-UP TRUCK. AT THIS TIME, I (RANGEL) WAS AT HWY 4 WEST, I THEN STARTED TO DRIVE TOWARD CITY AVE. NORTH WITH THE INTENTION OF INTERCEPTING SUCH VEHICLE. WHEN I ARRIVED AT CITY AVE. NORTH (HWY 15) ON COUNTY RADIO NET CAME THE REPORT TO DISPATCH TIPPAH/4 (W. ROGERS) HAD SPOTTED THE VEHICLE ON COTTON GIN RD. ACCORDING TO TIPPAH/4 RADIO TRAFFIC HE TRIED TO STOP VEHICLE, WHICH HAD MADE A LEFT TURN INTO DUMAS RD. TIPPAH/4 ADVISED THE VEHICLE WAS NOT PULLING OVER THAT IT WAS TRYING TO RUN, AFTER A SHORT WHILE TIPPAH/4 SAID ON THE RADIO THAT THE VEHICLE WAS FINALLY PULLING OVER AFTER GOINE ACROSS HWY. 4 EAST. OFFICER GAILLARD ARRIVED AT THE SCENE, WHEN I ARRIVED I SAW THAT THEY HAD TWO SUBJECTS IN CUSTODY. I GOT OUT OF MY UNIT AND COULD HEAR ONE OF THE SUBJECTS CURSING AND SCREAMING UPON GETTING CLOSER I NOTICED THAT THE SUBJECTS CURSING AND SCREAMING UPON GETTING CLOSER I NOTICED THAT THE SUBJECT WAS JIMMY DALE HUNSUCKER. I THEN APPROACHED THE VEHICLE AND SAW 2 (TWO) 45 CALIBER HANDGUNS AND A OPEN BOX OF 45 AUTO BULLETS, I THEN PROCEEDED TO REMOVE THE MAGAZINES AND CLEAR THE WEAPONS AND THEN PUT THEM ON TIPPAH/4'S VEHICLE, DURING THIS TIME OFFICER GAILLARD HAD MR. JOHN JENKINS IN MY UNIT TO BE TRANSPORTED TO TIPPAH COUNTY JAIL. TIPPAH/4 LEFT THE SCENE SHORTLY BEFORE I DID IN ROUTE TO THE JAIL. WHEN I ARRIVED AND ESCORTED MR. JENKINS INSIDE THE BUILDING I COULD HEAR MR. HUNSUCKER CURSING AND YELLING EVEN BEFORE GOING THROUGH THE DOUBLE DOORS. ME AND MR. JENKINS WENT INSIDE MR. HUNSUCKER WAS WAS BEING POLITE TO ME AND CALLED ME MR. RANGEL SAYING HE WANTED TO MAKE A PHONE CALL. I RESPONDED BY TELLING HIM NEEDED TO WAIL UNTIL ALL THE PAPER WORK WAS COMPLETED AND THEN HE WOULD BE ALLOWED TO MAKE A CALL. DURING ALL THIS TIME HE NEVER STOPPED CURSING AND MAKING THREATS CALLING TIPPAH/4 A "MOTHERFUCKER AND THAT HE WAS IN HIS SIGHTS AND I AM GOING TO KILL YOU." MR. HUNSUCKER ASKED ME TWO MORE TIMES THAT HE NEEDED TO MAKE A PHONE CALL,


EXHIBIT 3

WHICH I RESPONDED THE SAME THAT HE NEEDED TO WAIT UNTIL THE PAPER WORK WAS DONE AND BECAUSE THEIR WAS PERSON BEING BOOKED IN. HE THEN CHANGED HIS ATTITUDE TOWARD ME AND SAID "I WAS ON HIS BLACK LIST AND THAT HIS WAS GOING TO OWN EVERYTHING THAT IS HAD, THAT I WAS A WET BACK MOTHERFUCKER". HE CALL ME A NIGGER. AT ONE POINT HE TOLD ME THAT I WAS A PIECE OF SHIT. I RESPONDED THAT HE WAS A SHORTER ONE, BECAUSE HE WAS SHORTER THAN ME. HE TOLD ME HE WAS FUCKING MY MOTHER, THAT HE HAD BEEN WITH HER THE NIGHT BEFORE. DURING ALL THIS I WAS TRANSLATING BECAUSE OF THE PERSON BEING BOOKED WAS HISPANIC AND COULD SPEAK NO ENGLISH. MR. HUNSUCKER AND MR. JENKINS WERE HANDCUFFED TO RAIL TIPPAH/4 CAME AND UNCUFFED MR. HUNSUCKER AND DIRECTED HIM TO INTOXILIZER MACHINE WHICH IS JUST TWO STEPS FROM THE RAIL. MR. HUNSUCKER KEPT CURSING AT ALL TIMES NEVER STOPPING. MR. JENKINS TOLD HIM TO "SHUT THE FUCK-UP, SHUT THE FUCK-UP, SHUT THE FUCK-UP" SEVERAL TIMES. TIPPAH/4 REQUESTED A OFFICER TO WITNESS THE TEST. AT THE BEGINNING MR. HUNSUCKER AGREED TO TAKE THE TEST, BUT DURING THE WAITING PERIOD TO CLEAR THE MACHINE HE DECIDED NOT TO DO IT. WHILE BEING THERE HE GOT UP FROM THE CHAIR AND TOUCHED ME ON MY BADGE AND I PUSHED HIS ARM AWAY AND TOLD HIM NOT TO TOUCH A OFFICER. UPON REFUSING THE TEST HE WAS THEN ESCORTED BY TIPPAH/4 AND TIPPAH/10(JEFF ROGERS) TO THE BACK OF THE BUILDING TO BE SEARCHED. HE NEVER STOPPED YELLING AND CURSING. AFTER A FEW MINUTES I WENT TO THE BACK NEXT TO THE CONTROL ROOM. OFFICERS KEN WALKER AND KARL GAILLARD WERE ALL READY THERE. AFTER A BRIEF MOMENT WE LEFT, BECAUSE THEY NO LONGER NEEDED US.

RIPLEY POLICE DEPT.
REPORT BY:
OFFICER RAMON RANGEL, R-6

*/s/ R. Angel*

RIPLEY POLICE DEPARTMENT
INCIDENT REPORT
6-09-2007 SATURDAY

ON THE ABOVE DATE I OFFICER KEN WALKER WENT 10:8 ( IN SERVICE) AT 18:29 FROM MY RESIDENCE AT 109 HAZEL ROAD. I NOTICED THAT ANOTHER CITY OFFICER WAS OUT ON A VEHICLE JUST BELOW THERE. I PULLED TO THAT LOCATION AND SPOKE WITH OFFICER GILLARD ABOUT WHAT WAS GOING ON . HE ADVISED THAT A JIMMY D HUNSUCKER AND JOHN JENKINS HAD BEEN ARRESTED AND TRANSPORTED TO THE TIPPAH CO. JAIL AND THAT HE WAS STANDING BY FOR A WRECKER. I OFFICER WALKER LEFT THAT SCENE AND WENT TO THE JAIL , TO ADVISE THE COUNTY ARRESTING OFFICER OF INFORMATION WHICH I HAD ON BOTH THE SUBJECTS WHICH WAS THAT I HAD A GUILTY VERDICT ON HUNSUCKER FOR DUI WHICH HE HAD APPEALED AND WAITING FOR COURT DATE AND THAT I HAD ONLY A SHORT TIME AGO ARRESTED MR JENKINS FOR POSSIBLE DUI SECOND REFUSE TEST. AS I EXITED MY CRUISER AT THE JAIL I COULD HEAR SOMEONE SCREAMING AND CURSING FROM INSIDE THE JAIL . THIS WAS WHILE I WAS INSIDE THE PARKING LOT AS I ENTERED THE JAIL I FOUND IT TO BE MR HUNSUCKER. DOING ALL THE SCREAMING AND CURSING. HE AND MR JENKINS BOTH AT THIS TIME WERE CUFFED TO THE RAIL. WHEN MR HUNSUCKER SAW ME HE STOOD UP AND WHATS UP DOG U MOTHER FUCKER. U NEED TO GET THE FUCK OUT OF HERE THIS IS BETWEEN ME AND THESE OTHER COCK SUCKERS. I WALKED BY BOTH SUBJECTS AND NEVER SPOKE A WORD TO EITHER. I BEGAN SPEAKING WITH OFFICER


EXHIBIT C

ROGERS AND OFFICER RANGEL. I ADVISED THEM OF THE INFORMATION. AT THIS TIME OFFICER RANGEL ADVISED ME THAT THE CHARGES WOULD BE THE TIPPAH COUNTY SHERIFFS DEPARTMENT. DURING ALL THIS MR HUNSUCKER CONTINUED TO SCREAM THAT IF CHARGES WAS NOT DROPPED HE WOULD FILE LAW SUITS AGAINST EVERY ONE THERE. HE CURSED AND HAD NAMES FOR EACH OFFICER THERE, HE BEGAN CALLING ME COCAINE KEN AND TOLD ME I HAD VIOLATED HIS CIVIL WRIGHTS. I ADVISED MR HUNSUCKER THAT THIS WAS NOT A CITY MATTER AND THAT I HAD NOT EVEN BEEN AT THE CALL WHEN IT TOOK PLACE HE CALLED ME A MOTHERFUCKING LIAR AND A COCK SUCKER AND KICKED A CHAIR TOWARDS ME I THEN IGNORED HIM ONCE AGAIN MR HUNSUCKER CONTINUED TO THREATEN EACH OFFICER THERE. HE REPEATEDLY STATED THAT HE WOULD KILL US AND THAT WHEN WE WERE OFF DUTY HE WOULD GET US. MR HUNSUCKER WAS COMBATIVE AND VERY NON COMPLIANT. BUT WAS MOSTLY IGNORED. OFFICER ROGERS OFFERED MR HUNSUCKER THE INTOXLYIZER TEST TO DETERMINE HIS BAC, AT FIRST MR HUNSUCKER REFUSED, BUT THEN SAID FUCK ALL YOU COCK SUCKERS I WILL TAKE IT AND BEAT THE MOTHERFUCKER. HE WAS UNCUFFED AND PLACED IN THE INTOXILYZER ROOM MR ROGERS ASKED FOR A WITNESS TO STAND PRESENT AT THE DOOR. AT THIS TIME OFFICER GILLARD AND MYSELF WALKED TO THE DOOR OF THE ROOM, OFFICER GILLARD AND MYSELF WAS STANDIING THERE TALKING I NOTICED MR HUNSUCKER STAND UP AND BEGAN POINTING HIS FINGER AT MYSELF AND OTHER OFFICERS AND WOULD STEP TOWARD THEM AND ACT IF HE WAS GOING TO STRIKE THEM DURING WHICH TIME HE WAS STILL CONTINOUSLY CURSING AND MAKENG THREATS. HE

66

WAS WARNED SEVERAL TIMES BY MYSELF AND OFFICER RANGEL NOT TO MAKE AN AGRESSIVE STAND TOWARD AND OFFICER OR TO PLACE HIS HANDS ON AN OFFICER. OR HE WOULD BE CHARGED. HE LAUGHED AND SAID FUCK ALL YOU SON OF A BITCHES. OFFICER ROGERS WAS STILL GETTING THE MACHINE READY WHILE OFFICER GILLARD AND I CONTINUED TALKING. ALL AT ONCE MR HUNSUCKER JUMPED FROM HIS CHAIR AND POKED HIS FINGER IN THE BACK OF MY NECK AND CALLED ME A COCKSUCKER, AT THIS TIME I TOOK THAT AS AN ACT OF AGRESSION AFTER REPEATEDLY WARNING HIM NOT TO DO SO AND CERTAINLY AFTER SEEING MR HUNSUCKERS COMBATIVE NATURE. I IMMEDIATELY RESTRAINED HIM AND PUT HIM BACK IN THE SITTING POSSITION IN THE CHAIR WHICH HE HAD BEEEN TOLD TO SIT IN HE CALLED ME A MOTHERFUCKER AND TOLD ME IF THE CHARGES WERENT DROPPED HE WOULD FILE CHARGES AGAINST ME. AT THIIS POINT OFFICER ROGERS ASKED MR HUNSUCKER TO BLOW IN THE MACHINE HE STOOD UP AS IF HE WERE GOING TO DO SO, AND THEN SLUNG THE TUBE BACK TOWARD MR ROGERS AND SAID I AINT BLOWING SHIT. MR ROGERS FINISHED HIS TEST THERE AND STOOD MR HUNSUCKER UP AND ESCORTED HIM TO THE BACK TO DO HIS SEARCH. MR HUNSUCKER CONTINUED TO BE COMBATIVE AND NON COMPLIANT AFTER A SHORT TIME I WALKED TOWARD THE BACK WHERE OFFICER WILL ROGERS AND OFFICER T-10 WAS AT I COULD STILL HEAR MR HUNSUCKER CURSING AND SCREAMING. OFFICER RANGEL AND GILLARD ALSO CAME BACK AFTER ME. ONCE AT THE CONTROLL ROOM DOOR I TOLD OFFICER GILLARD AND RANGEL THAT I THINK SINCE THERE IS TWO COUNTY OFFICERS HERE I THINK WE NEED TO GO BEING THERE WERE ONLY US THREE ON DUTY ONE OR ALL OF US NEEDED

67

TO BE BACK ON THE STREET THEY AGREED AND TURNED AROUND AT THIS TIME T-10 HANDED ME A PAIR OF GLASSES HE OR THE OTHER OFFICER HAD AND ASKED ME TO HOLD THEM. HE ONLY WALKED AWAY FOR A FEW SECONDS BEFORE I TOLD HIM THAT I THOUGHT THEY HAD THINGS UNDER CONTROL NOW AND THAT MYSELF AND THE OTHER CITY OFFICERS HAD TO GET BACK ON THE STREET HE SAID OK. MYSELF OFFICER RANGEL AND OFFICER GILLARD ALL WALKED UP THE HALL BACK TOWARD BOOKING. DURING THIS TIME I COULD STILL HEAR MR HUNSUCKER SCREAMING AND CURSING.

RIPLEY POLICE DEPT.

*Ken Walker-R-7*

OFFICER KEN WALKER R-7