PROB 13D
N/D MS (4/88)

## NOTICE TO DEFENDANT AND ATTORNEYS
## CONCERNING THE PRESENTENCE INVESTIGATION REPORT

| William Rogers | Northern Mississippi | 3:08CR00089-001 |
|---|---|---|
| Defendant's Name | U. S. District Court | Docket Number |

The following information is provided concerning the presentence investigation report prepared by the United States Probation Office in this district.

If a defendant is incarcerated, the presentence report is used by the Federal Bureau of Prisons to determine the institution in which the sentence is to be served, the defendant's classification within the facility, his ability to obtain furloughs, and his eligibility for programs within the institution.

The presentence report also plays an important role in the parole process. The United States Parole Commission uses it as a primary source of information for calculating the inmate's parole release date for offenses committed prior to the implementation of the Sentencing Reform Act (November 1, 1987). For offenses committed after the implementation of the Sentencing Reform Act, there is no parole.

Check appropriate blank:

_____I have read and understand this notice.
_____I have read the presentence report and have no objections.
__X__I have read the presentence report and objections are attached.

Signed _William Rogers_  3-13-09
Defendant                    Date

_____I have read and understand this notice.
_____I have read the presentence report and have no objections.
__X__I have read the presentence report and objections are attached.

Signed _[signature]_  3-13-09
Counsel                      Date
for Defendant

_____I have read the presentence report and have no objections.
_____I have read the presentence report and objections are attached.

Signed_____
Counsel for                    Date
Government

Witnessed_____
Valarie F. Peters
U. S. Probation Officer