IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES (SENTENCING)

**CASE NO.:** 3:08CR89 M            **PLACE HELD:** Oxford, Mississippi
**UNITED STATES OF AMERICA v. WILLIAM ROGERS**
**DATE & TIME BEGUN:** APRIL 30, 2009, 10:06 AM
**DATE & TIME ENDED:** APRIL 30, 2009, 10:34 AM

**TOTAL TIME: 28 Minutes**

**PRESENT:**
    **HONORABLE MICHAEL P. MILLS, CHIEF UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Sallie Wilkerson | Rita Sisk |
| **Courtroom Deputy Clerk** | **Official Court Reporter** |

**ATTORNEY(S) FOR GOVERNMENT:**      **ATTORNEY(S) FOR DEFENDANT(S):**
KATHLEEN MONAGHAN                 ANTHONY FARESE

**U.S. PROBATION:**
VALARIE PETERS

**PROCEEDINGS:**     SENTENCING.

**ENTRY TO BE MADE ON DOCKET:** Sentencing held. Objections ruled on. Government moved to dismiss remaining counts of the Indictment/ GRANTED. Final Judgment to follow.

                                         **DAVID CREWS, CLERK**
                    By:
                                    /s/Sallie Wilkerson
                                     Courtroom Deputy Clerk