IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                              CASE NUMBER: 3:08CR89

WILLIAM ROGERS

### ORDER OF VOLUNTARY SURRENDER

IT IS HEREBY ORDERED THAT THE DEFENDANT, HAVING BEEN SENTENCED IN THE ABOVE CASE TO A TERM OF IMPRISONMENT, IS HEREBY ORDERED TO SURRENDER HIMSELF BY REPORTING AS DIRECTED BY THE CLERK OF THE COURT ON **MONDAY, JUNE 29, 2009**.

Michael P. Mills
Chief United States District Judge

ACKNOWLEDGMENT:

I AGREE TO REPORT AS DIRECTED IN THIS ORDER AND UNDERSTAND THAT IF I FAIL TO DO SO I MAY BE CITED FOR CONTEMPT OF COURT AND IF CONVICTED OF CONTEMPT MAY BE PUNISHED BY IMPRISONMENT OR FINE OR BOTH.

DEFENDANT                             WITNESS

4-30-09
DATE