### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF MISSISSIPPI

DAVID CREWS
CLERK

911 JACKSON AVENUE, ROOM 369
OXFORD, MISSISSIPPI 38655

TELEPHONE (662) 234-1971
FAX (662)236-5210

June 16, 2009


Honorable Anthony L. Farese
Farese, Farese & Farese
Post Office Box 98
Ashland, Mississippi 38603

      Re:    United States of America v. William Rogers
               3:08CR00089-001

Dear Mr. Farese:

      In accordance with the order entered by this court, William Rogers is hereby directed to report to the United States Federal Correctional Institution located in Miami, Florida by 2:00 p.m. on June 29, 2009, to begin the service of his sentence.

               Respectfully,

               */s/ David Crews*

               David Crews, Clerk

DC/ca
cc:     AUSA Kathleen J. Monaghan (electronic notice only)
       AUSA Michael J. Frank (electronic notice only)
       AUSA Robert W. Coleman, II (electronic notice only)
       U. S. Probation Service (electronic notice only)
       U.S. Marshal Service (electronic notice only)