**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

DAVID CREWS             911 JACKSON AVENUE, ROOM 369             TELEPHONE (662) 234-1971
CLERK             OXFORD, MISSISSIPPI 38655             FAX (662)236-5210

June 17, 2009

## RE-DESIGNATION LETTER OF REPORT

Honorable Anthony L. Farese
Farese, Farese & Farese
Post Office Box 98
Ashland, Mississippi 38603

    Re:     United States of America v. William Rogers
                3:08CR00089-001

Dear Mr. Farese:

    In accordance with the order entered by this court, William Rogers is hereby re-directed to report to the United States Federal Correctional Institution located in Memphis, Tennessee by 2:00 p.m. on June 29, 2009, to begin the service of his sentence.

                                      Respectfully,

                                      */s/ David Crews*

                                      David Crews, Clerk

DC/ca
cc:     AUSA Kathleen J. Monaghan (electronic notice only)
        AUSA Michael J. Frank (electronic notice only)
        AUSA Robert W. Coleman, II (electronic notice only)
        U. S. Probation Service (electronic notice only)
        U.S. Marshal Service (electronic notice only)