AO 245B (Rev. 12/03) Judgment in Criminal C
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: William Rogers
CASE NUMBER: 3:08CR00089-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Three (3) months on Count 1 of the Information.

X  The court makes the following recommendations to the Bureau of Prisons:

That the defendant be housed at the Federal Correctional Institution - Millington, Tennessee.

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X  before 2 p.m. on  June 29, 2009 .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  June 29, 2009  to  FCI-Memphis, TN
a  Memphis, TN , with a certified copy of this judgment.

Juan D. Castillo, Warden
~~UNITED STATES MARSHAL~~

By  Helicia Portwood, CSO
~~DEPUTY UNITED STATES MARSHAL~~

2